UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDN
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/12
```

ANGELA EMERSON

    Plaintiff,

v.

TIMOTHY F. GEITHNER, SECRETARY OF THE TREASURY,

    Defendant.

12 Civ. 4415 (CM) (RLE)

**MEMO ENDORSED**
NOTICE OF MOTION TO ALTER OR AMEND JUDGMENT

PLEASE TAKE NOTICE that upon the Notice of Motion dated August 7, 2012, the accompanying Memorandum of Law dated August 7, 2012, the prior related proceeding regarding plaintiff's complaint, and the Honorable Colleen McMahon's Order of Dismissal dismissing plaintiff's complaint without prejudice entered on July 27, 2012, plaintiff ANGELA EMERSON will move this Court in accordance with Rule 6.1 of the Local Civil Rules of the Southern and Eastern Districts, before the Honorable Colleen McMahon, at the United States District Courthouse, Room 1350, 500 Pearl Street, New York, New York 10007, at a date and time to be designated by the Court, for an Order granting plaintiff's motion to amend or alter judgment, pursuant to Rule 59(e) of the Federal Civil Rules of Procedure, together with such other and further relief as the Court deems just and proper.

Dated: New York, New York
August 7, 2012

_____
Matthew J. Blit, Esq. (BC4145)
LEVINE & BLIT, PLLC
*Attorneys for Plaintiff*

[Handwritten memo endorsement dated 8/13/2012: "Motion granted. Case transferred to the District of New Jersey. Clerk to transfer." Signed Colleen McMahon.]

Empire State Building
350 Fifth Avenue, Suite 3601
New York, NY 10118
Phone: (212) 967-3000
Fax: (212) 967-3010

BRANDON H. COWART (BC1972)
*Attorney for Defendant*
Assistant United States Attorney
86 Chambers Street, 3rd Fl.
New York, New York 10007
E-mail: brandon.cowart@usdoj.gov
Telephone: (212) 637-2693
Facsimile: (212) 637-2698